IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| ROBERT COLLINS | * | |
| | * | |
| Plaintiff | * | Civil Action No.: 20-660 |
| | * | |
| | * | |
| RONALD WAYNE WOODLIEF, *et al* | * | |
| | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND – GREENBELT DIVISION

PLEASE TAKE NOTICE that Defendants ROBERT WAYNE WOODLIEF and VARIETY WHOLESALERS, INC., by their undersigned attorneys and pursuant to 28 U.S.C. Sections 1332, 1441, and 1446, hereby note the removal of the entire civil action in the Circuit Court for Washington County, Maryland, entitled: Robert Collins vs. Ronald Wayne Woodlief, *et al*, Case No. C-21-CV-20-000080, to the United States District Court for the District of Maryland – Greenbelt Division. In support, Defendant states:

1. Plaintiff, ROBERT COLLINS, commenced this action against Ronald Wayne Woodlief and Variety Wholesalers, Inc. in the Circuit Court for Washington County, Maryland, entitled: Robert Collins vs. Ronald Wayne Woodlief, *et al*, Case No. C-21-CV-20-000080.

2. The corporate Defendant was served with Plaintiff's lawsuit on March 3, 2020. The individual Defendant was served on February 17, 2020.

3. Based on Plaintiff's Complaint, the Plaintiff is a resident of the State of Maryland.

4. Defendant Ronald Wayne Woodlief is a North Carolina resident who resides at 61

Pulleyville Road, Kittrell, NC 27544.

5. Variety Wholesalers, Inc. is a North Carolina corporation, and its principal place of business is located at 218 South Garnett Street, P. O. Drawer 947, Henderson, North Carolina 27536.

6. Plaintiff's Complaint seeks judgment "against Defendants, jointly and severally", in the amount of Three Hundred Thousand Dollars ($300,000) which is in excess of Seventy-Five Thousand Dollars ($75,000.00).

7. This action is removable pursuant to Title 28, United States Code, Sections 1332, 1441 since there is diversity of citizenship between all parties and the amount in controversy is in excess of $75,000.00, exclusive of interest and costs, thereby providing original jurisdiction to this Court.

8. Removal of this action is timely under 28 U.S.C. Section 1446(b) as service of process was made within 30 days prior to the date of filing of this Notice.

9. As required by 28 U.S.C. Section 1446(a) and Local Rule 103(5)(2), true and correct copies "of all process, pleadings, and orders which have been accepted voluntarily as having been served this date upon" Ronald Wayne Woodlief and Variety Wholesalers, Inc. in the state action that is being removed, as of March          2020, are being filed with this Notice of Removal.

WHEREFORE, Defendant Variety Wholesalers, Inc. prays this entire action be removed to this Court, and for such other and further relief as the nature of their cause may require.

                                                            Respectfully submitted,

                                                            /s/
                                      Joseph F. Zauner, III         (Bar No. 000394)
                                      Zauner & Mtimet, P.A.
                                      100 North Charles Street, Suite 1700
                                      Baltimore, Maryland 21201

(410) 962-0500
Fax Number (410) 962-0589
joe.zauner@zaunerlaw.com
Attorneys for Defendant
Variety Wholesalers, Inc.

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing was served on the following, by United States Regular Mail, postage prepaid, this 25th day of October, 2018:

Lawrence L. Wesker, Esq., 8 Church Lane, Pikesville, MD  21208.

/s/
Joseph F. Zauner, III